IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LECIA M. McBEE )
)
v. ) NO. 3:07-0298
)
GAYLORD ENTERTAINMENT )
COMPANY )

O R D E R

By Order entered February 25, 2008, Docket Entry No. 28, this case was reassigned to the undersigned Magistrate Judge for case management. The final pretrial conference is scheduled before Judge Echols for April 14, 2008, and the Jury Trial is scheduled for May 13, 2008.

Now pending before the Magistrate Judge is a joint motion for settlement conference, Docket Entry No. 29, filed February 26, 2008. A conference call is scheduled with the undersigned for **10:00 a.m., Tuesday, March 11, 2008**, to be initiated by counsel for the defendant.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge