IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LECIA M. McBEE )
) No. 3-07-0298
v. )
)
GAYLORD ENTERTAINMENT )
COMPANY )

O R D E R

Pursuant to the order entered March 5, 2008 (Docket Entry No. 30), counsel for the parties called the Court on March 11, 2008, at which time the parties' joint motion for settlement conference (Docket Entry No. 29) was GRANTED in part. Although the parties requested that a settlement conference be scheduled before Magistrate Judge Brown in April, since counsel made initial inquiries with his office, his schedule has changed and, with agreement of the parties and in consultation with Magistrate Judge Bryant, a settlement conference is scheduled before Judge Bryant on **Tuesday, March 25, 2008, beginning at 9:30 a.m.,** in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, TN.

Counsel for the parties advised that both a settlement demand and a counter-offer have been relayed. Defendant's counsel advised that a representative from the Human Resources Department and Marjorie George, Associate General Counsel for the defendant, will be present at the settlement conference.

The parties' obligations prior to the settlement conference will be set forth by separately entered order.

The parties are advised that, because of the pendency of the defendant's motion for summary judgment (Docket Entry No. 17), the physical file is with the Honorable Robert L. Echols and the parties are encouraged to include or append to their settlement conference statements any information that they want Judge Bryant to review prior to the settlement conference without his having to print out prior filings in the case.

It is so ORDERED.

                                                     _____
JULIET GRIFFIN
United States Magistrate Judge