IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
LECIA M. McBEE,                )
                               )
     Plaintiff,                )
                               )   No: 3:07-0298
          v.                   )   Judge Echols/Griffin
                               )   Jury Demand
GAYLORD ENTERTAINMENT COMPANY, )
                               )
     Defendant.                )
```

**O R D E R**

A settlement conference was held with the parties on March 25, 2008 (Docket Entry No. 32). At the conclusion of the conference, a compromise settlement agreement satisfactory to both sides was reached. The parties shall file a stipulation of dismissal upon consummation of their settlement no later than **April 15, 2008.**

The Clerk shall return the file to Magistrate Judge Griffin.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge